Brent Dorian Brehm – SBN 248983
  E-mail: bbrehm@kantorlaw.net
Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiffs
Jayson D. Palmer, Judith Palmer,
and Jennifer Witherspoon

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON D. PALMER, JUDITH PALMER, AND JENNIFER WITHERSPOON,<br><br>            Plaintiffs,<br><br>    vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 2:21-cv-00914-AB (AFMx)<br><br>(Honorable Andre Birotte, Jr.)<br><br>**NOTICE OF SETTLEMENT** |

1
NOTICE OF SETTLEMENT

1     Notice is hereby given that the parties have reached a settlement in this matter. The parties anticipate completing settlement documents, and filing a dismissal with the Court, within the next thirty (30) days. The parties request that the Court retain jurisdiction of this case during said thirty (30) day period. The Court is thereby respectfully requested to vacate all court dates.

DATED: March 17, 2023                        KANTOR & KANTOR, LLP

                                                 By: */s/ Brent D. Brehm*
                                                       Glenn R. Kantor
                                                       Brent D. Brehm
                                                       Attorneys for Plaintiffs Jayson D. Palmer, Judith Palmer, and Jennifer Witherspoon, individually and on behalf of all others similarly situated