JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAYSON D. PALMER, *et al*, | Case No. 2:21-CV-00914-AB |
|---|---|
| Plaintiffs, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| PRIMERICA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 21, 2023

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.