1 | Brent Dorian Brehm – SBN 248983
2 |   E-mail: bbrehm@kantorlaw.net
3 | Glenn R. Kantor – SBN 122643
  |   E-mail: gkantor@kantorlaw.net
4 | KANTOR & KANTOR, LLP
5 | 19839 Nordhoff Street
  | Northridge, CA 91324
6 | Telephone: (818) 886-2525
7 | Facsimile:  (818) 350-6272

8 | Attorneys for Plaintiffs
9 | Jayson D. Palmer, Judith Palmer,
  | and Jennifer Witherspoon
10 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JAYSON D. PALMER, JUDITH PALMER, AND JENNIFER WITHERSPOON, | Case No. 2:21-cv-00914-AB (AFMx) |
|---|---|
| Plaintiffs, | (Honorable Andre Birotte, Jr.) |
| vs. | **STIPULATION FOR DISMISSAL** |
| PRIMERICA LIFE INSURANCE COMPANY, | |
| Defendant. | |

1
STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED, by and between Plaintiffs Jayson Palmer, Judith Palmer, and Jennifer Witherspoon, on the one hand, and Defendant Primerica Life Insurance Company, on the other hand, by and through their attorneys of record, that the parties have settled their dispute and request that the above-captioned action shall be, and hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a) in its entirety with prejudice as to the named Plaintiffs, Jayson Palmer, Judith Palmer, and Jennifer Witherspoon. As to any putative class members other than the named Plaintiffs, this action is dismissed in its entirety without prejudice. Each party shall bear his/her/its own attorney's fees and costs.

DATED: March 30, 2023                KANTOR & KANTOR, LLP

By */s/ Brent Dorian Brehm*
    Brent Dorian Brehm
    Glenn R. Kantor
    Attorneys for Plaintiffs,
    Jayson D. Palmer, Judith Palmer, And
    Jennifer Witherspoon

DATED: March 30, 2023                MAYNARD, COOPER & GALE, LLP

By */s/ Ophir Johna*
    Ophir Johna
    Vivian I. Orlando
    Attorneys for Defendant
    Primerica Life Insurance Company

### *Filer's Attestation*

*The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.*