# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON D. PALMER, JUDITH PALMER, AND JENNIFER WITHERSPOON,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00914-AB (AFMx)<br><br>(Honorable André Birotte, Jr.)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed in its entirety with prejudice as to the named Plaintiffs, Jayson Palmer, Judith Palmer, and Jennifer Witherspoon. As to any putative class members other than the named Plaintiffs, this action is dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 04, 2023

Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE